JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANK MURPHY,

         Plaintiff,

    v.

BRENNTAG PACIFIC, INC.,

         Defendant.

CV 26-4306 PA (DSRx)

JUDGMENT

Pursuant to the Court's June 10, 2026 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 10, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE